

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

June 8, 2021

<u>VIA ECF</u>

Hon. Judge Katherine P. Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007



Re: Quezada v. Ittella International, LLC
Case No. 1:21-cv-02147-KPF

Dear Judge Failla,

  The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

  The initial conference for this matter is set for June 18, 2021. Defendant was served on March 22, 2021 and has yet to appear. It is now June 8, 2021, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

  Accordingly, the undersigned requests that the June 18th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with a Motion for Default Judgment.

  Thank you for your time and consideration of the above request.

/s/Mars Khaimov

Mars Khaimov, Esq., **Principal**

**Mars Khaimov Law, PLLC**

Application GRANTED.  In light of Plaintiff's representation that he intends to move for default judgment, the initial pretrial conference scheduled for June 18, 2021, is hereby ADJOURNED *sine die*.  Plaintiff's proposed Order to Show Cause for default judgment and supporting papers will be due on or before July 8, 2021.

Dated: June 8, 2021
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE